THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

LATRICE JARVIS,

    Plaintiff,

v.

PENNSYLVANIA DEPARTMENT
OF CORRECTIONS,

    Defendants.

: 3:20-CV-1828
: (JUDGE MARIANI)

## ORDER

AND NOW, THIS _17th_ DAY OF NOVEMBER, 2021, for the reasons set forth in this Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT:**

1. Defendant's Motion to Dismiss for Failure to Prosecute (Doc. 35) is **GRANTED**.

2. This action is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b).

3. The Clerk of Court is directed to **CLOSE** the above-captioned action.

4. The Clerk of Court is directed to mail a copy of this Order and the accompanying memorandum opinion by certified mail to Plaintiff at the following address:

    Ms. Latrice Jarvis
    5852 N. Howard Street
    Philadelphia, PA  19120

Robert D. Mariani
United States District Judge